# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# KALAMAZOO DIVISION

CALVIN CAMP,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendants.

Case No: 1:19-cv-00418-JTN-ESC

Honorable Janet T. Neff

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that CALVIN CAMP ("Plaintiff") and DIVERSIFIED CONSULTANTS, INC., hereby notify the Court that the Plaintiff and Diversified Consultants, Inc. have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 10th day of July, 2019.

Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically

filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of

record.

*<u>s/ Joseph S. Davidson</u>*