**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
KALAMAZOO DIVISION**

| | |
|---|---|
| CALVIN CAMP,<br><br>　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　Defendant. | Case No. 1:19-cv-00418-JTN-ESC<br><br>Honorable Janet T. Neff |

**STIPULATION OF DISMISSAL**

Plaintiff, CALVIN CAMP, and Defendant, DIVERSIFIED CONSULTANTS, INC., through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to Dismissal With Prejudice of this Action, with both parties to bear its own attorney's fees and cost.

| | |
|---|---|
| DATED: August 26, 2019 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Morgan I. Marcus (with consent)* |
| Joseph S. Davidson<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-581-5450<br>jdavidson@sulaimanlaw.com | Morgan I. Marcus<br>**SESSIONS, FISHMAN, NATHAN & ISREAL**<br>141 W. Jackson Blvd., Suite 3550<br>Chicago, Illinois 60604<br>+1 312-578-0985<br>mmarcus@sessions.legal |
| *Counsel for Calvin Camp* | *Counsel for Diversified Consultants, Inc.* |